```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HECTOR RAYMOND PEÑA,

                Movant,

- against -

UNITED STATES OF AMERICA,

                Respondent.

**17 Civ. 3891 (VM)**
**09 Cr. 341 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Movant Hector Raymond Peña ("Peña") filed a motion, dated November 24, 2023, pursuant to 28 U.S.C. § 2255. The motion was entered on the public docket on December 19, 2023. On the first page of the motion, Peña wrote, "With the abundance of caution, the petitioner will respectfully submit a motion to amend on a later date." (See No. 17 Civ. 3891, Dkt. No. 25; No. 09 Cr. 341, Dkt. No. 472.)

    Peña is hereby **ORDERED** to file any amendments within sixty (60) days of the date of this Order. If he does not do so, the Court will rule on the basis of the content of the motion dated November 24, 2023 and entered on the docket December 19, 2023.

    The Clerk of Court is hereby respectfully **ORDERED** to mail a copy of this Order to Hector Raymond Peña, No. 20958-069, USP Victorville, P.O. Box 3900, Adelanto, CA 92301.

2

**SO ORDERED.**

Dated:     13 May 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.