```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HECTOR RAYMOND PEÑA,

                          Movant,

    - against -

UNITED STATES OF AMERICA,

                         Respondent.

**17 Civ. 3891 (VM)**
**09 Cr.  341 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    In a letter to the Court dated June 2, 2024, movant Hector Raymond Peña requests the Instructions for a Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody (Motion Under 28 U.S.C. § 2255), available at https://www.uscourts.gov/sites/default/files/AO_243_0.pdf.

    The Clerk of Court is hereby respectfully **ORDERED** to mail copies of such Instructions and the accompanying form to Hector Raymond Peña, No. 20958-069, USP Victorville, P.O. Box 3900, Adelanto, CA 92301.

**SO ORDERED.**

Dated:    18 June 2024
            New York, New York

                                      _____
                                          Victor Marrero
                                            U.S.D.J.